1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 E. Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone: (818) 500-3200
5  Facsimile:  (818) 500-3201

6  Attorneys for Plaintiff
   Deckers Outdoor Corporation
7

8  Kwasi Olatunji
   8307 Avenue K
9  Brooklyn, New York 11236
   Telephone: (718) 986-8922
10

11  Defendant, *in pro se*

12                    UNITED STATES DISTRICT COURT

13                    CENTRAL DISTRICT OF CALIFORNIA

14  Deckers Outdoor Corporation,          )   Case No. CV09-6930 DSF (FMOx)
                                          )
15                      Plaintiff,        )   **[PROPOSED] CONSENT**
                                          )   **DECREE PURSUANT TO**
16          v.                            )   **STIPULATION**
                                          )
17  Sherie Bruge a/k/a Sherie Burton, an  )
    individual and d/b/a Select Basics; Kwasi )
18  Olatunji; Jinming Zhu, an individual and )
    d/b/a FiveStarEstore; Shirley Dawson, an )
19  individual and d/b/a J&S; Sorayda     )
    Herrera a/k/a Zorayda Herrera; Wilfredo )
20  Luis Velasquez a/k/a Wilfredo Luis    )
    Velazquez a/k/a Luis Velasquez a/k/a  )
21  Luis Velazquez a/k/a Louis Velasquez  )
    and Does 1 – 10, inclusive,           )
22                                        )
                        Defendants.       )
23  _____

24          The Court, having read and considered the Joint Stipulation for Permanent

25  Injunction that has been executed by Plaintiff Deckers Outdoor Corporation

26  ("Deckers" or "Plaintiff") and Defendant Kwasi Olatunji ("Defendant"), in this action:

27          GOOD CAUSE APPEARING THEREFORE, THE COURT ORDERS that this

28  Permanent Injunction shall be and is hereby entered in the within action as follows:

Deckers v. Bruge, et al.: Proposed Consent Decree (Olatunji)       - 1 -

1)    This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to pursuant to the provisions of the Lanham Act, 15 U.S.C. § 1051, et seq., as well as 28 U.S.C. § 1338(a) and 28 U.S.C. § 1331.

2)    Service of process was properly made on the Defendant.

3)    Deckers owns or controls the pertinent rights in and to the trademarks listed in Exhibits "A" and "B" attached hereto and incorporated herein by this reference (The trademarks identified in Exhibits "A" and "B" are collectively referred to herein as the "Deckers Trademarks").

4)    Defendant has made unauthorized uses of the Deckers Trademarks or substantially similar likenesses or colorable imitations thereof.

5)    Defendant and his agents, servants, employees and all persons in active concert and participation with him who receive actual notice of the Injunction are hereby restrained and enjoined, pursuant to 15 U.S.C. § 1116, from:

    a)    Infringing the Deckers Trademarks, either directly or contributorily, in any manner, by:

        i)    Importing, manufacturing, distributing, advertising, selling and/or offering for sale any unauthorized products which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of the Deckers Trademarks ("Unauthorized Products");

        ii)    Importing, manufacturing, distributing, advertising, selling and/or offering for sale in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of the Deckers Trademarks;

        iii)    Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Defendant's customers and/or members of the public to believe, the actions of Defendant, the

products sold by Defendant, or Defendant himself is connected with Deckers, are sponsored, approved or licensed by Deckers, or are affiliated with Deckers;

iv)   Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Deckers.

6)   Defendant is ordered to deliver for destruction all Unauthorized Products, including footwear, and labels, signs, prints, packages, dyes, wrappers, receptacles and advertisements relating thereto in his possession or under his control bearing any of the Deckers Trademarks or any simulation, reproduction, counterfeit, copy or colorable imitations thereof, and all plates, molds, heat transfers, screens, matrices and other means of making the same.

7)   Except for the allegations contained herein, the claim alleged in the Complaint against Defendant Kwasi Olatunji only, by Deckers are dismissed with prejudice.

8)   This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

9)   The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

9)   The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10)   The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation,

Deckers v. Bruge, et al.: Proposed Consent Decree (Olatunji)          - 3 -

1  and requesting entry of judgment against Defendant, be reopened should Defendant

2  default under the terms of the Settlement Agreement.

3  11)    This Court shall retain jurisdiction over the Defendant for the purpose of

4  making further orders necessary or proper for the construction or modification of this

5  consent decree and judgment; the enforcement hereof; the punishment of any

6  violations hereof, and for the possible entry of a further Judgment Pursuant to

7  Stipulation in this action.

8

9

10  DATED:      4/20/10

Hon. Dale S. Fischer
United States District Judge

11

12  PRESENTED BY:
J. Andrew Coombs, A P. C.

13

14  By: _____
J. Andrew Coombs

15  Annie S. Wang

16  Attorneys for Plaintiff Deckers Outdoor Corporation

17  Kwasi Olatunji

18

19  By: _____
Kwasi Olatunji

20  Defendant, *in pro se*

21

22

23

24

25

26

27

28

Deckers v. Bruge, et al.: Proposed Consent Decree (Olatunji)          - 4 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>EXHIBIT A</u>

<u>UGG U.S. Registration No. 3,050,925</u>

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## EXHIBIT B

## Sun Logo U.S. Registration No. 2,314,853

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On February 12, 2010, I served on the interested parties in this action with the:

- **JOINT STIPULATION RE ENTRY OF PROPOSED CONSENT DECREE**
- **[PROPOSED] CONSENT DECREE PURSUANT TO STIPULATION**

for the following civil action:

<u>Deckers Outdoor Corporation v. S. Bruge, et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Sherie Bruge a/k/a Sherie Burton<br>An individual and d/b/a Select Basics<br>240 Fortress St.<br>Gwinn, MI 49841-2808 | Shirley Dawson, an individual and<br>d/b/a J&S<br>11724 Quail Ln.<br>Holts Summit, MO 65043-1234 |
| Kwasi Olatunji<br>8307 Avenue K<br>Brooklyn, NY 11236 | Sorayda Herrera a/k/a Zorayda<br>Herrera<br>1800 Bayshore Dr., #2414<br>Miami, FL 33132 |

Place of Mailing: Glendale, California

Executed on February 12, 2010, at Glendale, California

Jeremy Cordero