JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, | ) Case No. CV09-6930 DSF (FMOx) |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| SHERIE BRUGE a/k/a Sherie Burton, an individual and d/b/a Select Basics; KWASI OLATUNJI; JINMING SHU, an individual and d/b/a FiveStarEstoe; SHIRLEY DAWSON, an individual and d/b/a J&S; SORAYDA HERRERA a/k/a Zorayda Herrera; WILFREDO LUIS VELASQUEZ a/k/a Wilfredo Luis Velaquez a/k/a/ Luis Velasquez a/k/a Luis Velazquez; SIHUI ZHONG, an individual and d/b/a FiveStarEstore, and DOES 2 – 10, inclusive, | ) |
| Defendants. | ) |

Having granted Plaintiff's application for default judgment against Defendants Sherie Bruge, Sorayda Herrera, and Wilfredo Luis Velasquez, and all other claims having been resolved,

**IT IS NOW HEREBY ORDERED THAT**:

1)      Defendants Bruge, Herrera, and Velasquez and their agents, servants, employees, and all persons in active concert and participation with them who receive actual notice of this judgment are hereby restrained and enjoined from infringing any

of Plaintiff's Trademarks, either directly or contributorily, in any manner, including generally, but not limited to, manufacturing, importing, distributing, advertising, selling, or offering for sale any unauthorized product that features any of Plaintiff's Trademarks ("Unauthorized Products"), and, specifically from:

a)      Importing, manufacturing, distributing, advertising, selling, or offering for sale the Unauthorized Products or any other unauthorized products that picture, reproduce, copy, use the likenesses of, or bear a confusing similarity to, any of the Plaintiff's Trademarks;

b)      Importing, manufacturing, distributing, advertising, selling, or offering for sale in connection thereto any unauthorized promotional materials, labels, packaging, or containers that picture, reproduce, copy, use the likenesses of,  or bear a confusing similarity to, any of the Plaintiff's Trademarks;

c)      Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead, or deceive purchasers, these Defendants' customers, or members of the public into believing, the actions of these Defendants, the products sold by these Defendants, or these Defendants themselves are connected with Plaintiff, are sponsored, approved, or licensed by Plaintiff, or are affiliated with Plaintiff;

d)      Affixing, applying, annexing, or using in connection with the importation, manufacture, distribution, advertising, sale, offer for sale, or other use of any goods or services, a false description or representation, including words or other symbols tending to falsely describe or represent such goods as being those of Plaintiff.

2)      Defendants Bruge, Herrera, and Velasquez are ordered to deliver for destruction all Unauthorized Products, including footwear, and labels, signs, prints, packages, dyes, wrappers, receptacles, and advertisements relating thereto in their possession or under their control bearing any of Plaintiff's Trademarks or any simulation,

reproduction, counterfeit, copy, or colorable imitations thereof, and all plates, molds, heat transfers, screens, matrices, and other means of making the same.

3)      Defendants Bruge, Herrera, and Velasquez are each ordered to pay statutory damages to Plaintiff pursuant to 15 U.S.C. § 1117 in the sum of Two Hundred Thousand Dollars ($200,000.00).

4)      Defendants Bruge, Herrera, and Velasquez are ordered to pay interest on the principal amount of the judgment to Plaintiff at the statutory rate pursuant to 28 U.S.C. §1961(a).


DATED:     10/25/10

_____
Hon. Dale S. Fischer
United States District Judge